IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

STEPHANIE YATES,

                Plaintiff,                Case No. 3:09 oe 40023

   -vs-

                                                          JUDGMENT   ENTRY

ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,

                Defendant.

KATZ, J.

     For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' motion for summary judgment on the failure to warn claim (Doc. No. 48) is granted

     FURTHER ORDERED that Defendants' motion to dismiss Plaintiff's manufacturing defect, negligence, breach of implied warranty, and breach of express warranty claims (Doc. No. 48) is denied.

     FURTHER ORDERED that Plaintiff's motion to amend her complaint (Doc. 58) is denied.

                                                             S/ *David A. Katz*
                                                             DAVID A. KATZ
                                                             U. S. DISTRICT JUDGE